FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 0 2 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

Todd Blanche
Acting Attorney General of the United States
Tyler H.L. Tornabene
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.:  4:26-CR-6027-MKD-1 |
| v. | INFORMATION |
| CRAIG ALLEN COLEAN, SR., | False Statements<br>Vio: 18 U.S.C. § 1001(a)(3) |
| Defendant. | |

The United States charges:

On or about March 19, 2025, in the Eastern District of Washington, CRAIG ALLEN COLEAN, SR., ("Defendant") knowingly and willfully made and used a false writing and document knowing the same to contain any materially false, fictitious, and fraudulent statement and entry, in a matter within the jurisdiction of

//

//

INFORMATION - 1

the executive branch of the United States to wit: the United States Department of Energy, all in violation of 18 U.S.C. § 1001(a)(3).

DATED this 2nd day of July, 2026,

Todd Blanche
Acting Attorney General of the United States

Tyler H.L. Tornabene
Assistant United States Attorney

INFORMATION - 2