# CHARGES AND PENALTIES

**CASE NAME:** Craig Allen Colean, Sr.                **CASE NO.** 4:26-CR-6027-MKD-1

TOTAL # OF COUNTS: 1      ☑ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 0 2 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1001(a)(3) | False Statements | Not more than five (5) years imprisonment; a fine of $250,000; three (3) years supervised release; restitution; $100 special penalty assessment. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |